of force and threats to coerce the victim. Affirmed. Rule 84.16(b).

**Henry S. BALLIET, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62089.**

Missouri Court of Appeals,
Western District.

Sept. 30, 2003.

Andrew A. Schroeder, Kansas City, MO, for Appellant.

John M. Morris, III, Breck K. Burgess, Jefferson City, MO, for Respondent.

Before: ELLIS, C.J., LOWENSTEIN and BRECKENRIDGE, JJ.

**ORDER**

PER CURIAM.

Movant, who pled guilty to forcible rape, filed this motion for relief under Rule 24.035, asserting counsel did not advise him of the potential defense of consent of the victim. His amended motion was denied without evidentiary hearing, the court having determined movant's testimony at the plea hearing clearly admitted his use